FILED - MQ
December 10, 2018 3:34 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mlc/   Scanned by

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL WAYNE SCHWARZ and
DAN'S FISH, INC.,

    Defendants.
_____/

**2:18-cr-47**
Paul L. Maloney, US District Judge

**INFORMATION**

The United States Attorney charges:

### COUNT 1
(Purchasing Contraband Fish)

Between about April 29, 2013, and about November 8, 2013, in the Western District of Michigan, Northern Division, the defendant,

**DANIEL WAYNE SCHWARZ,**

as owner and operator of DAN'S FISH, INC., knowingly purchased lean lake trout, and in the exercise of due care should have known the fish had been transported in violation of Indian tribal law, specifically Keweenaw Bay Indian Community (KBIC) Tribal Code, Section 10.260.

16 U.S.C. § 3372(a)(1)
16 U.S.C. § 3373(d)(2)

1

## COUNT 2
(Purchasing Contraband Fish)

Between about October 29, 2012, and about October 18, 2013, in the Western District of Michigan, Northern Division, the defendant,

DANIEL WAYNE SCHWARZ,

as owner and operator of DAN'S FISH, INC., knowingly purchased walleye, and in the exercise of due care should have known the fish had been sold in violation of Indian tribal law, specifically KBIC Tribal Code, Sections 10.201(11) and 10.263.

16 U.S.C. § 3372(a)(1)
16 U.S.C. § 3373(d)(2)

## COUNT 3
(Purchasing Contraband Fish)

Between about April 29, 2013, and about November 8, 2013, in the Western District of Michigan, Northern Division, the defendant,

DAN'S FISH, INC.,

knowingly purchased lean lake trout with a market value in excess of $350, knowing the fish had been transported in violation of Indian tribal law, specifically KBIC Tribal Code, Section 10.260.

16 U.S.C. § 3372(a)(1)
16 U.S.C. § 3373(d)(1)(B)

## COUNT 4
(Purchasing Contraband Fish)

Between about October 29, 2012, and about October 18, 2013, in the Western District of Michigan, Northern Division, the defendant,

DAN'S FISH, INC.,

knowingly purchased walleye with a market value in excess of $350, knowing the fish had been sold in violation of Indian tribal law, specifically KBIC Tribal Code, Sections 10.201(11) and 10.263.

16 U.S.C. § 3372(a)(1)
16 U.S.C. § 3373(d)(1)(B)

                                          Andrew Byerly Birge
                                          United States Attorney

Date: December 10, 2018        /s/ *Maarten Vermaat*
                                          MAARTEN VERMAAT
                                          Assistant United States Attorney


                                          JEAN E. WILLIAMS
                                          Deputy Assistant Attorney General
                                          Environment and
                                          Natural Resources Division

Date: December 10, 2018        /s/ *Joel La Bissonniere*
                                          JOEL LA BISSONNIERE
                                          Trial Attorney